UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04999-CBM-PVC | Date | June 9, 2025 |
| Title | Katrina Sanchez v. Russell D. Redeaux et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

The matters before the Court are Plaintiff's ex parte application for a temporary restraining order (Dkt. No. 4) and motion for a temporary restraining order (Dkt. No. 14). "The standard for issuing a temporary restraining order is "substantially identical" to that for issuing a preliminary injunction." *Su v. L & Y Food, Inc.*, 728 F. Supp. 3d 1050, 1052 (C.D. Cal. 2024). A party seeking a preliminary injunction must demonstrate (1) it is likely to succeed on the merits, (2) it is likely to suffer irreparable harm in the absence of injunctive relief, (3) the balance of equities is in its favor, and (4) injunctive relief is in the public interest. *See Winter v. Nat. Res. Def. Council*, 555 U.S. 7, 20 (2008).[1]

For the reasons stated in the Court's order re Plaintiff's request to proceed *in forma pauperis* (Dkt. No. 17), the Complaint fails to state a claim. Therefore, Plaintiff has not shown a likelihood of success on the merits or irreparable harm. Nor has Plaintiff made a showing that the balance of equities tips in her favor or that injunctive relief is in the public interest. Accordingly, Plaintiff's ex parte application and motion (which both request a temporary restraining order) are **DENIED** without prejudice to Plaintiff filing an amended complaint. If the complaint adequately states a claim, Plaintiff may file a noticed motion for preliminary injunction.

**IT IS SO ORDERED.**

---

[1] Alternatively, a party can demonstrate (1) serious questions going to the merits, (2) a likelihood of irreparable injury," (3) a balance of hardships that tips sharply towards the plaintiff, and (4) the injunction is in the public interest." *Flathead-Lolo-Bitterroot Citizen Task Force v. Montana*, 98 F.4th 1180, 1190 (9th Cir. 2024) (internal quotations and citations omitted).

| | | | 00 : |
|---|---|---|---|
| CV-90 (12/02) | | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk   VRV |